**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHELE LAPENNA** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 19-3718** |
| | : | |
| **ANDREW SAUL,** | : | |
| **Commissioner of Social Security** | : | |

**ORDER**

This 20th day of October, 2020, after review of the Report and Recommendation of Carol

Sandra Moore Wells, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Plaintiff's Complaint is **DISMISSED**; and

3. The Clerk of Court shall mark this case **CLOSED**.

    /s/ Gerald Austin McHugh
United States District Judge